IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3215 |
| v. | ) ) ) | |
| PAUL SOUCIE, | ) ) | ORDER |
| Defendant. | ) ) | |

It has come to the court's attention that two initial progression orders have been entered in this case.

IT THEREFORE HEREBY IS ORDERED,

The first Order for Initial Progression of Case filed January 6, 2009 (filing no. 23) is stricken and the deadlines set forth in the second order filed January 12, 2009 (filing no. 24) shall apply.

DATED this 21st day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge