IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3215 |
| v. | ) ) | |
| PAUL SOUCIE, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff's motion, filing no. 38, to withdraw its motion to compel and for contempt sanctions is granted. The motion, filing no. 36, is withdrawn without prejudice to its refiling at a later date.

DATED this 24th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge