IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | ) ) ) | 4:08CV3215 |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF AND AFFIDAVITS IN |
| v. | ) ) | OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND |
| PAUL SOUCIE, | ) ) | EVIDENCE INDEX IN SUPPORT OF HIS RESISTANCE TO SUMMARY |
| Defendant. | ) ) | JUDGMENT |

IT IS ORDERED that:

1. the Motion for Extension of Time in which to File Brief and Affidavits in Opposition to Motion for Summary Judgment and Evidence Index in Support of his Resistance to Summary Judgment, filing 52, is granted; and

2. the defendant shall have on or before June 30, 2009, to file and serve his brief and supporting affidavits and evidence index in support in opposition to the plaintiff's motion for summary judgment.

Dated June 15, 2009.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge