IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3215 |
| v. | ) ) | |
| PAUL SOUCIE, | ) ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for a one-day extension of the trial brief deadline, (filing no. 72), is granted and the defendant's trial brief shall be filed on or before September 9, 2009.

DATED this 8th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge